175545.1

Milton Springut, Esq. (MS6571)
Tal S. Benschar, Esq. (TSB0838)
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022
Tel: (212) 813-1600
Fax: (212) 813-9600



*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VAN CLEEF & ARPELS LOGISTICS, S.A. and :
VAN CLEEF & ARPELS, INC,                :
                                        :   Civil Action
                Plaintiffs,             :
                                        :   No.
        v.                              :
                                        :   **DISCLOSURES PURSUANT TO**
                                        :   **RULE 7.1 AND LOCAL CIVIL**
VICCARIO FINE JEWELRY;                  :   **RULE 1.9**
and JOHN DOES 1-10,                     :
                                        :
                Defendants.             :
-----------------------------------------------------------x

    Pursuant to Federal Rules of Civil Procedure Rule 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiffs (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

    Compagnie Financiere Richemont, S.A.

    Richemont S.A., Luxembourg

    Respectfully submitted,

    KALOW & SPRINGUT LLP

Dated: June 4, 2008      By: _____
    Milton Springut (MS6571)
    Tal S. Benschar (TSB0838)