AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

VAN CLEEF & ARPELS LOGISTICS, S.A. and
VAN CLEEF & ARPELS, Inc.

    Plaintiffs,

V.

VICCARIO FINE JEWELRY
and JOHN DOES 1-10,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**08 CIV 5169**

TO: (Name and address of defendant)

    Viccario Fine Jewery
    784 Lexington Avenue
    New York 10021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Kalow & Springut LLP
    488 Madison Avenue
    New York, NY 10022

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

DATE  JUN 0 5 2008

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 6/6/08 |
| NAME OF SERVER (PRINT) Ryan D. Francis | TITLE Paralegal |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Viccario Fine Jewelry, 784 Lexington Avenue, New York, New York 10021

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/6/08
Date

Signature of Server

Address of Server: Kalow + Springut, 488 Madison Avenue, New York, New York 10022

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.