UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VAN CLEEF & APRELS LOGISTICS, S.A. and VAN CLEEF & ARPELS, INC.,<br><br>Plaintiff,<br><br>-against-<br><br>VICCARIO FINE JEWELRY; and JOHN DOES 1-10,<br><br>Defendants, | Case No.    08 CIV 5169<br>(SAS)<br><br><br><br>NOTICE OF APPEARANCE |

SIRS:

PLEASE TAKE NOTICE that the Defendant VICCARIO FINE ARTS, hereby appear in this action and that the undersigned has been retained as attorneys for said plaintiff and demands that you serve all papers in this action upon the undersigned at the address stated.

Dated:    New York, New York
          June 16, 2008

Jeffrey Dweck (JD 6658)
THE LAW FIRM OF JEFFREY S. DWECK, P.C.
100 West 33rd Street – Suite 1017
New York, New York 10001
(212) 502-6150
Attorneys for Defendant

To:    Milton Springut, Esq.
       Tal S. Benschar, Esq.
       KALOW & SPRINGUT LLP
       488 Madison Avenue, 19th Floor
       New York, NY 10022
       Tel: (212) 813-1600

*Note:* This document is being filed for the purposes of effecting Electronic Case Filing service only and is not an admission of jurisdiction. The parties appearing herein reserve the right to move or otherwise respond to the Complaint in this case.