176293.1
Milton Springut, Esq. (MS6571)
Tal S. Benschar, Esq. (TSB0838)
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022
Tel: (212) 813-1600
Fax: (212) 813-9600

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
VAN CLEEF & ARPELS LOGISTICS, S.A. and :
VAN CLEEF & ARPELS, INC,              :   Civil Action
                                       :
           Plaintiffs,                 :   No. 08-5169 (SAS)
                                       :
      v.                               :
                                       :
VICCARIO FINE JEWELRY;                 :   ECF CASE
and JOHN DOES 1-10,                    :
                                       :
           Defendants.                 :
------------------------------------------------------------x

*[Received stamp: CHAMBERS OF JUDGE SCHEINDLIN, JUN 17 2008]*

*[Date notation: 6/17/08]*

## ORDER REGARDING EXPEDITED DISCOVERY

Plaintiffs having applied by Order to Show Cause for expedited discovery with respect to Defendant's source(s) for the items accused of infringement; and the Court having held a telephonic conference on such application and ruled on such application; and the Court wishing to memorialize such rulings in writing; and for good cause shown; it is hereby

ORDERED as follows:

1.  By July 3, 2008, Defendant shall provide to Plaintiffs documents sufficient to show their source(s) for the items accused of infringement of Plaintiffs' copyright, including copies of

any and all sales invoices or other documents reflecting the acquisition of such items by Defendant from its source(s).

2. To the extent that Defendant has no such documents to produce, it shall so indicate to Plaintiffs' counsel. Plaintiffs may then take an expedited deposition of Defendant on the issue of the identity of its source(s) for the allegedly infringing goods.

3. To the extent that Defendant produces documents but Plaintiffs still believe that an expedited deposition is warranted to identify such source(s), they may apply to the Court by letter for such relief.

IT IS SO ORDERED:

Dated: June 17, 2008
New York, New York

_____
Hon. Shira A. Scheindlin, U.S.D.J.

2