176218.1

Milton Springut, Esq. (MS6571)
Tal S. Benschar, Esq. (TSB0838)
KALOW & SPRINGUT LLP
488 Madison Avenue
New York, New York 10022
Tel: (212) 813-1600
Fax: (212) 813-9600

*Attorneys for Plaintiffs*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/08

RECEIVED
CHAMBERS OF

JUN 17 2008

JUDGE SCHEINDLIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
VAN CLEEF & ARPELS LOGISTICS, S.A. and  :
VAN CLEEF & ARPELS, INC,                :
                                        :   Civil Action
                                        :
              Plaintiffs,               :   No. 08-5169 (SAS)
                                        :
        v.                              :
                                        :
VICCARIO FINE JEWELRY;                  :   ECF CASE
and JOHN DOES 1-10,                     :
                                        :
                                        :
              Defendants.               :
-----------------------------------------------------------x

**PRELIMINARY INJUNCTION ORDER ON CONSENT**

This action having been commenced by plaintiffs Van Cleef & Arpels Logistics, S.A. and Van Cleef & Arpels, Inc. ("Plaintiffs"), by the filing of a Complaint against defendants charging them with copyright infringement, trademark infringement and unfair competition, and defendant Viccario Fine Jewelry ("Viccario") having been personally served on June 6, 2008 with a copy of the Summons and Complaint; and Plaintiffs having presented an Order to Show Cause bringing on motions for a preliminary injunction and for expedited discovery to the Court along with all supporting papers and having served such papers upon Viccario; and

It appearing to the Court that it has jurisdiction over the subject matter of this action and over Plaintiffs and Viccario; and

The Court having considered the Complaint and the exhibits thereto, Plaintiffs' proposed Order to Show Cause and supporting declarations and memorandum of law, and Viccario having agreed to the entry of the following preliminary injunction;

IT IS HEREBY STIPULATED BY THE PARTIES AND ORDERED BY THE COURT:

1.  Defendant Viccario Fine Jewelers, its officers, agents, servants and employees, and all persons in active concert or participation with them who receive actual notice of the order by personal service or otherwise, pending the final hearing and determination of this action, from copying or distributing, selling, offering for sale or advertising copies of the VINTAGE ALHAMBRA JEWELERY DESIGN as defined hereinbelow.

2.  For the purposes of this preliminary injunction, VINTAGE ALHAMBRA JEWELERY DESIGN shall mean that jewelry design which appears thus:



IT IS SO STIPULATED:

                                  PLAINTIFFS VAN CLEEF & ARPELS
                                  LOGISTICS, S.A. and VAN CLEEF &
                                  ARPELS, INC.

                                  KALOW & SPRINGUT LLP
                                  *Counsel for Plaintiffs*

Dated: June 16, 2008               By: _____
                                  Milton Springut, Esq.
                                  Tal S. Benschar, Esq.
                                  488 Madison Avenue, 19th Floor
                                  New York, NY 10022
                                  Tel: (212) 813-1600
                                  Fax: (212) 813-1600


                                  DEFENDANT VICCARIO FINE JEWELRY

                                  LAW FIRM OF JEFFREY S. DWECK, P.C.
                                  *Counsel for Defendant*

Dated: June 16, 2008              By: _____
                                  Jeffrey S. Dweck, Esq.
                                  100 West 33rd Street, Suite 1017
                                  New York, New York 10001
                                  Tel: (212) 502-6150
                                  Fax: (212) 502-2010


IT IS SO ORDERED:


Dated: June 17, 2008
New York, New York                         _____
                                  Hon. Shira A. Scheindlin, U.S.D.J.