Jeffrey Dweck (JD 6658)
THE LAW FIRM OF JEFFREY S. DWECK, P.C.
100 West 33rd Street, Suite 1017
New York, New York 10001
(212) 502-6150
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **VAN CLEEF & APRELS LOGISTICS, S.A. and VAN CLEEF & ARPELS, INC.,**<br><br>**Plaintiff,**<br><br>-against-<br><br>**VICCARIO FINE JEWELRY; and JOHN DOES 1-10,**<br><br>**Defendants,** | Case No.   08 CIV 5169 (SAS)<br><br><br><br><br>**F.R.C.P. RULE 7.1 DISCLOSUE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorneys of record for Defendant, (a non-governmental corporate party) certify that:

☒   There are no corporate parent(s) and/or publicly held corporations that own 10% or more of Defendant's stock.

Dated:   New York, New York
         July 24, 2008

                                        *[signature]*

                                        Jeffrey Dweck (JD 6658)
                                        THE LAW FIRM OF JEFFREY S. DWECK, P.C.
                                        100 West 33rd Street – Suite 1017
                                        New York, New York 10001
                                        (212) 502-6150
                                        Attorneys for Defendant